Niclas A. Ferland (NAF-5367)
**TYLER COOPER & ALCORN, LLP**
555 Long Wharf Drive, 8th Fl.
P. O. Box 1936
New Haven, CT 06509-0906
Tel: 203.784.7200
Fax: 203.777.1181
Email: nferland@tylercooper.com

Counsel to Westfield, LLC and its affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
In re:                                            :
                                                  :    Chapter 11
BALLY TOTAL FITNESS                               :
OF GREATER NEW YORK, INC., et al.,                :    Case No. 07-12395 (BRL)
                                                  :
               Debtors.                    :    Jointly Administered
-----------------------------------------------------------X

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

     PLEASE TAKE NOTICE that, pursuant to Fed. R. Bank. P. 2002 and 9010, Niclas A. Ferland hereby appears in the above case on behalf of **WESTFIELD, LLC,** and its affiliates **HAWTHORN, L.P.** (Westfield Hawthorn, Vernon Hills, Illinois)**, RN 116 COMPANY, L.L.C.** (Westfield Northbridge, Chicago, Illinois)**, and WHEATON PLAZA REGIONAL SHOPPING CENTER, L.L.P.** (Westfield Wheaton, Wheaton, Maryland), landlords, creditors and parties-in-interest, and demands that notice of all matters herein be duly served upon:

                      Niclas A. Ferland, Esq.
                      Tyler Cooper & Alcorn, LLP
                      555 Long Wharf Drive, 8th Fl.
                      P.O. Box 1936
                      New Haven, CT  06509-0906
                      Tel:  203.784.8200
                      Fax: 203.777.1181
                      Email: nferland@tylercooper.com

     PLEASE TAKE FURTHER NOTICE that demand is also hereby made for service of copies of all papers, notices, reports, pleadings, motions, applications, disclosure statements, plans and answering or reply papers in this case and in all contested matters.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby demands that the name and address set forth above be added to any short list in this case.

Dated: New Haven, Connecticut
August 1, 2007

**TYLER COOPER & ALCORN, LLP**

/s/ Niclas A. Ferland
Niclas A. Ferland (NAF-5367)
555 Long Wharf Drive, 8th Fl.
P.O. Box 1936
New Haven, CT 06509-0906
Tel: 203.784.8200
Fax: 203.777.1181
Email: nferland@tylercooper.com

Counsel to:

Westfield, LLC, and its affiliates