# Exhibit 3

**[Non-Exclusive List of Assumed Lease of Non-Residential Real Property]**

CH\972324.2

| ClubNo | Club Name | Club Address 1 | City | State | Landlord or other Applicable Party |
|---|---|---|---|---|---|
| 833-74 | TUCSON | 4690 North Oracle Road | Tucson | AZ | American Furniture Company |
| 833-70 | CAVE CREEK | 12235 N. Cave Creek Road | Phoenix | AZ | Blanc Blue, LLC |
| 833-78 | CHANDLER | 4960 W. Ray Road; Suite A | Chandler | AZ | Chandler Sunset, LLC |
| 833-80 | GILBERT | 855 N. Gilbert Road | Gilbert | AZ | Diamante-Gilbert Crossing, LLC |
| 833-71 | ESTES | 15401 North 29th Avenue | Phoenix | AZ | Ecovalue, Inc. |
| 833-77 | SCOTTSDALE ("Pima/Shea") | Pima Crossing Shopping Center | Scottsdale | AZ | Regency Centers, L.P. |
| 833-75 | MESA | Three Fountains Plaza Phs2 | Mesa | AZ | Richmond Properties of California, LLC c/o Three Fountains Plaza |
| 833-72 | PEORIA | 5720 W. Peoria Avenue | Glendale | AZ | San Pablo Acres, LLC |
| 833-79 | FOOTHILLS | 2475 North Swan Road | Tucson | AZ | Spector Revocable Trust |
| 833-76 | INDIAN SCHOOL | 3919-21 E Indian School Rd | Phoenix | AZ | Yee Family Trust |
| 608-04 | SAN JOSE SOUTH | 1570 Hamilton Avenue | San Jose | CA | 1570 Hamilton Avenue Associates |
| 604-24 | LONG BEACH II | 4438 E. Pacific Coast Hwy. | Long Beach | CA | 4438 PCH, LLC |
| 604-36 | MACY'S PLAZA | Macy's Plaza at MCI Center | Los Angeles | CA | 700 South Flower Plaza, LLC |
| 604-36ST | MACY'S PLAZA (STORAGE) | 700 South Flower Street | Los Angeles | CA | 700 South Flower Plaza, LLC |
| 604-15 | CERRITOS | 11881 East Del Amo Blvd. | Cerritos | CA | AG/BPG Del Amo, Inc. |
| 604-21 | HOLLYWOOD II | 1628 N. El Centro Avenue | Los Angeles | CA | American Legion Hollywood Post 43 |
| 604-09PK | CHATSWORTH (PARKING) | 9171 De Soto Ave. | Chatsworth | CA | AMF Bowling, Inc. |
| 604-10 | WEST LOS ANGELES | 1914 South Bundy Drive | Los Angeles | CA | Anchor Investments |
| 604-53 | HUNTINGTON PARK | 3081 Slauson Avenue | Huntington Park | CA | Bertz Development, Inc. |
| 606-06 | BLACKHAWK FITNESS | 3464 Blackhawk Plaza Circle | Danville | CA | Blackhawk CenterCal, LLC |
| 608-07 | CAPITOL EXPRESSWAY | 2920 Aborn Square | San Jose | CA | Borello Management Co., LLC |
| 604-49 | LAKE FOREST | 23633 El Toro Road | Lake Forest | CA | Buchheim Properties III |
| 610-04 | SHAW & BLYTHE | 4308 W. Shaw Avenue | Fresno | CA | Burgess, Smith & Wathen Partnership |
| 610-04EX | SHAW & BLYTHE (EXPANSION) | 4308 W. Shaw Avenue | Fresno | CA | Burgess, Smith & Wathen Partnership |
| 610-04EX2 | SHAW & BLYTHE (EXPANSION 2) | 4308 W. Shaw Avenue | Fresno | CA | Burgess, Smith & Wathen Partnership |
| 605-01 | GLENDORA | 750 West Route 66 | Glendora | CA | Cal Pacific Hacienda Properties, LLC |
| 608-05 | HAYWARD | 771 Jackson Street | Hayward | CA | Carstens Partners LP |
| 604-50 | OXNARD | 451 W. Esplanade Drive | Oxnard | CA | Centro Watt Property Owner I, LLC |
| 604-18 | ANAHEIM | 310 South Magnolia | Anaheim | CA | Century American Realty, Inc. |
| 608-01 | PLEASANT HILL | 2316 Monument Boulevard | Pleasant Hill | CA | Contra Costa Retail Center, LLC |
| 605-04 | NORTHRIDGE | 8946 Corbin Avenue | Northridge | CA | Corbin Properties |
| 610-02 | BLACKSTONE & SHAW | 5137 N. Blackstone Avenue | Fresno | CA | Country Plaza Ltd. Partnership |
| 608-10 | ALEMANY | Oceanview Village Shopping Center | San Francisco | CA | Culligan Enterprises Subsidiary One, L.P. and Bay Terrace Apartments Subsidiary |
| 605-22 | CULVER CITY II | 3827 Overland Avenue | Culver City | CA | Culver Center Partners - East #1, L.P. |
| 604-54 | DOWNEY | 12074 Lakewood Boulevard | Downey | CA | Downey Landing SPE, LLC |
| 610-05 | PEACH & SHAW | 284 W. Shaw Avenue | Clovis | CA | Drug Fair Building Partnership |
| 604-38 | SOUTH BAY | 5001 El Segundo Boulevard | Hawthorne | CA | El Segundo Plaza, L.P. |
| 604-33 | ENCINO II | 17401 Ventura Blvd. | Encino | CA | Encino Courtyard, LLC |
| 604-16 | TORRANCE | 20040 Hawthorne Boulevard | Torrance | CA | Escondido Mission Village |
| 604-53PK | HUNTINGTON PARK (PARKING) | 5801 S. Boyle Avenue | Los Angeles | CA | Franklin Financial Management |
| 605-03 | GLENDALE | 623 S. Central Avenue | Glendale | CA | Gene Pepper |
| 608-09 | THE PAVILION | 150 South First Street, Unit 119 | San Jose | CA | GIP Fairmont, LLC |
| 604-44 | VISTA | 1928-32 Hacienda Drive | Vista | CA | Grewal Realty Holdings, LLC |
| 604-52 | RANCHO CUCAMONGA | 10848 Foothill Boulevard, Suite 110 | Rancho Cucamonga | CA | Hall Investment Company |
| 605-03PK | GLENDALE (PARKING #1) | 318 W. Maple Street | Glendale | CA | Harout Yepremian |
| 605-03PK2 | GLENDALE (PARKING #2) | 318 W. Maple Street | Glendale | CA | Harout Yepremian |

| | | | | | |
|---|---|---|---|---|---|
| 604-05 | WEST COVINA | 441 North Azusa Avenue | West Covina | CA | Hassen Real Estate Partnershp |
| 608-05OF/PK | HAYWARD (OFFICE/PARKING) | 24089 Watkins Street | Hayward | CA | Hoi Liang Phua (aka Bill Phua) and Linli Lee |
| 604-09 | CHATSWORTH | 9143 De Soto Avenue | Chatsworth | CA | Indian Farms Corporation |
| 604-21PK | HOLLYWOOD II (PARKING) | 1607 North Gower Street | Los Angeles | CA | Irene H. Tanji |
| 605-01 | GLENDORA | 750 West Route 66 | Glendora | CA | Kan Lai |
| 604-31 | CORONA | 390 McKinley Street | Corona | CA | Kimco Realty Corporation |
| 604-46 | NORTH LONG BEACH | 5810 Downey Avenue | Long Beach | CA | LB South & Downey, LLC |
| 608-03 | WALNUT CREEK | 2150 N. Broadway | Walnut Creek | CA | Lupoi Properties, Ltd. |
| 605-16 | MANHATTAN BEACH | 1133 Artesia Blvd. | Manhattan Beach | CA | Manhattan Place, Inc. |
| 608-08 | SOUTH SAN FRANCISCO | 180 E. El Camino Real | South San Francisco | CA | Marbella Realty, LLC |
| 604-51 | INGLEWOOD | 3531 W. Century Boulevard | Inglewood | CA | Marketplace at Hollywood Park, L.P. |
| 604-47 | SOUTH COAST | 3701 S. Plaza Drive | Santa Ana | CA | Metro Town Square, LLC |
| 606-04 | DANVILLE FITNESS | 101A & B Town and Country Drive | Danville | CA | Montair Associates, Ltd. |
| 604-23 | MONTEBELLO | 2222 West Beverly Blvd. | Montebello | CA | Montebello Beverly Properties |
| 605-21 | SIMI VALLEY | 1313 E. Los Angeles Ave. | Simi Valley | CA | Mountaingate Associates, LLC |
| 604-09EX | CHATSWORTH (EXPANSION) | 9119 DeSoto Avenue | Chatsworth | CA | Mr. Ran Radzewsky and Mr. Eliahu NerGaon |
| 610-07 | FIRST & HERNDON | 6735 North First Street | Fresno | CA | Ms. Della Wathen |
| 604-41 | PUENTE HILLS II | 1545 Hanover Road | City of Industry | CA | New Age Kaleidoscope, LLC |
| 604-41OF | PUENTE HILLS II (OFFICE) | 1661 Hanover Road; Suite 101A | City of Industry | CA | New Age Kaleidoscope, LLC |
| 604-20 | HUNTINGTON BEACH | 17091 Beach Boulevard | Huntington Beach | CA | NF Huntington Plaza, LP |
| 605-05 | NORWALK | 11703 E. Rosecrans Ave. | Norwalk | CA | Norwalk Town Square Management, Inc. |
| 604-17 | MONTCLAIR II | 9385 Monte Vista | Montclair | CA | Pacific Montclair LLC |
| 605-07 | PASADENA | 45 South Arroyo Parkway | Pasadena | CA | Paul P. Rusnak |
| 608-06 | FREMONT | 35630 Fremont Blvd. | Fremont | CA | PK II Brookvale SC, LP |
| 604-22 | RIVERSIDE II | 3490 Madison Avenue | Riverside | CA | PRP Investors Madison, LLC |
| 604-28 | FULLERTON | Orangefair Mall Shopping Center | Fullerton | CA | Rancho Fullerton, L.P. |
| 604-34 | SAN BERNARDINO II | Tri-City Corp. Center | San Bernardino | CA | Rancon Realty Fund V Subsidiary LLC |
| 604-19 | MISSION VALLEY | 405 Camino del Rio South | San Diego | CA | Recabaren Ranch Development, Inc. |
| 604-43 | SAN MARCOS | 2055 Montiel Road | San Marcos | CA | Red Rock Center, LLC |
| 610-07 | FIRST & HERNDON | 6735 North First Street | Fresno | CA | Robart Grant Robarts and Betty Robarts |
| 604-10PK | WEST LOS ANGELES (PARKING) | 1935 Armacost Avenue | Los Angeles | CA | Robert Tapper |
| 604-35 | ROSEMEAD | 3508 Rosemead Boulevard | Rosemead | CA | Rosemead Place, LLC |
| 604-90WH | WAREHOUSE (SANTA FE) | 10241 Matern Place | Santa Fe Springs | CA | Santa Fe Lot Five |
| 604-45 | SCRIPPS RANCH | 9850 Hibert Street | San Diego | CA | Scripps Windmill - D.Q., LLC |
| 604-11 | NORTH HOLLYWOOD | 13069 Victory Boulevard | North Hollywood | CA | Sir Francis Drake Holdings, LLC |
| 511-19862SD | NORWALK RSC (SATELLITE DISH/ANTENNAE) | 12440 E. Imperial Highway | Norwalk | CA | Sonnenblick Del Rio Norwalk, LLC et al |
| 511-19862ST | NORWALK RSC (STORAGE) | 12440 E. Imperial Highway | Norwalk | CA | Sonnenblick Del Rio Norwalk, LLC et al |
| 511-19862 | NORWALK RSC | 12440 East Imperial Highway; Suite 300 and 750 | Norwalk | CA | Sonnenblick Del Rio Norwalk, LLC, et al. |
| 610-07 | FIRST & HERNDON | 6735 North First Street | Fresno | CA | Springsted & Wathen |
| 604-21PK | HOLLYWOOD II (PARKING) | 1607 North Gower Street | Los Angeles | CA | Suzuki Children's Trust dated August 25, 2004 |
| 604-01 | NATIONAL CITY | 1910 Sweetwater Road | National City | CA | Sweetwater Associates Limited Partnership |
| 604-37 | PALOS VERDES | 28901 S. Western Avenue; Suite 315 and 321 | Rancho Palos Verdes | CA | Terraces Rancho Palos Verdes, LLC |
| 604-55 | ORANGE II | 2095 East Katella Avenue | Anaheim | CA | The Stadium Crossings Company, LLC |
| 605-09 | STUDIO CITY | 11301 Ventura Blvd. | Studio City | CA | Ventura Associates LP |
| 610-01 | CLOVIS | 781 W. Shaw Avenue | Clovis | CA | Western Village, Inc. |
| 604-40 | TUSTIN | 630 El Camino Real | Tustin | CA | William R. Zappas, Trustee of The William R. Zappas Trust dated 5/14/90 |

| | | | | | |
|---|---|---|---|---|---|
| 610-06 | MADERA | 2330 W. Cleveland Avenue | Madera | CA | WRI Golden State, L.L.C. |
| 608-02 | SAN LEANDRO | 567 Floresta Boulevard | San Leandro | CA | YIP Holdings Two, LLC |
| 641-06 | AURORA | 13801 East Exposition Avenue | Aurora | CO | Aurora City Square, LLC |
| 641-13 | LAKEWOOD III | 360 S. Teller St. | Lakewood | CO | Belmar Mainstreet Holdings I, LLC |
| 641-99OF2 | DENVER AREA OFFICE | 355 S. Teller St., Suite 220 | Lakewood | CO | Belmar Mainstreet Holdings I, LLC |
| 831-60 | NORTH ACADEMY | 5620 No. Academy Boulevard | Colorado Springs | CO | Deserpa Colorado One, LLC |
| 641-09 | GALLERIA | 720 So. Colorado Boulevard | Glendale | CO | Galleria Acquisition, Inc. |
| 641-07 | MISSION COMMONS ("Westminster") | 7635 West 88th Avenue | Arvada | CO | Mission Commons LLC |
| 641-90WH3 | WAREHOUSE (SHERIDAN) | 4131 S. Natches Ct. | Sheridan | CO | Oxford Santa Fe, Ltd. |
| 831-64 | SOUTH ACADEMY II | 1801 S. Academy Blvd. | Colorado Springs | CO | Pace Bally Plaza LLC |
| 641-08 | SOUTHWEST DENVER | Bowles Avenue Marketplace | Littleton | CO | RN BAM Acquisition LLC |
| 641-14 | THORNTON II | Thornton Town Center | Thornton | CO | Thornton Towne Center 05 A, LLC |
| 831-90WH1 | WAREHOUSE (CO. SPRGS) | 2345 N. Academy Place | Colorado Springs | CO | Wayne N. Johnson dba Academy Place Storage |
| 641-12 | ENGLEWOOD II | 3435 S. Inca St. | Englewood | CO | Weingarten/Miller/Englewood Joint Venture, a Texas joint venture |
| 865-04PK3 | WEST HARTFORD PARKING 3 | 101 South Street | West Hartford | CT | 101 South, LLC |
| 865-03 | MANCHESTER | 515 West Middle Turnpike | Manchester | CT | 525 West Middle Turnpike Associates Limited Partnership |
| 866-11 | MIDDLEBURY | 930 Straits Turnpike | Middlebury | CT | C.L.P.V., LLC |
| 866-14 | HAMDEN II | 2380 Dixwell Avenue | Hamden | CT | Hamdor Properties |
| 002-76 | STRATFORD | 411 Barnum Avenue Cutoff | Stratford, | CT | Kramont Operating Partnership, L.P. |
| 865-04PK | WEST HARTFORD PARKING | 1031 New Britain Avenue | West Hartford | CT | United Tool and Die Company |
| 865-04PK2 | WEST HARTFORD PARKING 2 | 1031 New Britain Avenue | West Hartford | CT | United Tool and Die Company |
| 002-04 | L STREET | 2000 L Street NW, #1B | Washington | DC | 2000 L Co. LLC |
| 002-04RF | L STREET (ROOF) | 2000 L Street NW | Washington | DC | TrizecHahn 2000 L Street LLC |
| 853-18 | COURTROOMS | 750 W. Sunrise Boulevard | Ft. Lauderdale | FL | 750 Sunrise Associates |
| 853-07 | MIAMI | 8181 NW 12th Street | Doral | FL | Adler Office Associates |
| 853-08 | DAVIE | 2701 S. University Drive | Davie | FL | Bond-Bally II Delaware Business Trust |
| 779-08 | DALE MABRY | 14350 North Dale Mabry Hwy | Tampa | FL | Carrollwood Partners, LLC |
| 780-01 | WINTER PARK | 1865 State Road 436 | Winter Park | FL | Casselberry Partnership |
| 780-01EX | WINTER PARK (2ND FLOOR) | 1865 State Road 436 | Winter Park | FL | Casselberry Partnership |
| 853-22 | PEMBROKE PINES | 10840 Pines Boulevard | Pembroke Pines | FL | CP Pembroke Pines, LLC |
| 779-05 | HIGHWAY 19 | 28272 U.S. Hwy 19 North | Clearwater | FL | D.B. Enterprises, Inc. |
| 780-03 | ALTAMONTE SPRINGS | 733 West Highway 436 | Altamonte Springs | FL | G & J Management Company |
| 779-02 | HILLSBOROUGH | 4340 W. Hillsborough Ave. | Tampa | FL | Hillsborough Galleria |
| 780-05 | SUN PLAZA | 6385 W. Colonial Drive | Orlando | FL | KCH Properties & Passive Investors Inc |
| 780-04 | BAYHILL | 4850 Lawing Lane | Orlando | FL | MDR Health Club Limited Partnership |
| 853-24 | MILLER SQUARE | 13838 S.W. 56th Street | Miami | FL | Miller Square, LLC |
| 853-27 | CORAL GABLES II | Miracle Marketplace | Miami | FL | Miracle Marketplace LLC |
| 853-15 | CORAL WAY | 3301 Coral Way | Miami | FL | Miracle Marketplace, LLC |
| 853-04 | BOCA RATON | 21069 Military Trail | Boca Raton | FL | MSW 21069 Military Trail, L.L.C. |
| 780-02 | ORLANDO | 4650 South Semoran Blvd. | Orlando | FL | Orlando Partnership |
| 780-02EX | ORLANDO (EXPANSION) | 4650 South Semoran Blvd. | Orlando | FL | Orlando Partnership |
| 853-23 | HIALEAH | 1901 West 39th Street | Hialeah | FL | Realty Income Corporation d/b/a Realty Income Properties, Inc. |
| 853-18PK | COURTROOMS (PARKING) | 915 NW 7th Terrace | Ft. Lauderdale | FL | Robert Elmore |
| 779-90 | WAREHOUSE (TAMPA) | 4410 West Crest Avenue | Tampa | FL | Roth Investment Partnership |
| 779-01 | TAMPA | 13455 U.S. 19th North | Clearwater | FL | S & T Investments-Clearwater Partnership |
| 853-12 | KENDALL I | 14875 South Dixie Highway | Miami | FL | Smorgasbord Management Company |
| 853-26 | SOUTHLAND | Southland Mall Shopping Center | Miami | FL | Southland Mall Properties LLC |

| | | | | | |
|---|---|---|---|---|---|
| 853-20 | KENDALL MALL | 8851 S.W. 107th Avenue | Miami | FL | SVF Kendall Miami, LLC |
| 853-03PK | WEST PALM OLYMPIAD (PKG) | 603 Village Blvd. | West Palm Beach | FL | The Governors, a Pennsylvania Partnership |
| 853-11 | NORTH MIAMI BEACH | 16720 NE 6th Avenue | North Miami Beach | FL | Toys 'R' Us - Delaware, Inc. |
| 853-90WH | WAREHOUSE (POMPANO BEACH) | 1411 S.W. 30th Avenue | Pompano Beach | FL | Warehouses of Pompano Beach, L.C. |
| 853-05 | WATERWAYS | 3455 NE 207th Street | Miami | FL | Waterways Plaza, LLC |
| 853-21 | COMMERCIAL | 959 East Commercial Blvd. | Oakland Park | FL | Weingarten Nostat, Inc. |
| 853-90 | WAREHOUSE (DANIA) | 1991 Tigertail Boulevard; Suite A | Dania | FL | Wilson Hollywood Showroom, LLC |
| 853-19 | CORAL SPRINGS | 620 Riverside Drive | Coral Springs | FL | Woolbright Coral Springs II, LLC |
| 853-03 | WEST PALM OLYMPIAD | 501 Village Boulevard | West Palm Beach | FL | WPB Village 1, LLC and WPB Village 2, LLC |
| 002-38 | JIMMY CARTER | 5050 Jimmy Carter Blvd. | Norcross | GA | Carter Rockbridge Plaza, LLC |
| 633-01 | TOWN CENTER | 2600 Prado Lane | Marietta | GA | DDR MDT Towne Center Prado LLC |
| 002-51 | NORTHLAKE | 3993 Lavista Road | Tucker | GA | Northlake Festival, LLC |
| 634-01 | GWINNETT | 2300 Pleasant Hill Road | Duluth | GA | Phillips Investments, LLC |
| 637-01 | ALPHARETTA | 11060 Alpharetta Highway | Roswell | GA | Roswell Shopping Center |
| 635-01 | STONE MOUNTAIN | 5370 Highway 78 S. | Stone Mountain | GA | Stone Mountain Improvements, LLC |
| 002-57 | CUMBERLAND | 2211 Cobb Parkway | Smyrna | GA | Target Corporation |
| 701-23 | HYDE PARK | 1301 E. 47th Street | Chicago | IL | 1301 East, L.L.C. |
| 701-14 | EAST WASHINGTON | 25 East Washington Street | Chicago | IL | 25 East Washington Associates, L.P. |
| 712-19 | NAPERVILLE | 1531 N. Aurora Road | Naperville | IL | Bridgeview Bank and Trust Company, as Trustee under Trust Agreement dtd 3/1/93 |
| 701-12 | CENTURY CITY | 2828 North Clark Street | Chicago | IL | Century Mall, LLC |
| 701-15 | SKOKIE | 3220 West Touhy Ave. | Skokie | IL | Chetty Sevugan |
| 701-31 | ROGERS PARK | Gateway Centre Plaza | Chicago | IL | Combined Development-Howard, L.L.C. |
| 786-01 | ROCKFORD | 3800 East State Street | Rockford | IL | Crest Commercial, Inc. |
| 712-15 | CUMBERLAND | 5444 N. Cumberland Avenue | Chicago | IL | Cumberland Centre, L.L.C. c/o GVA Williams |
| 701-16-SN | SIX CORNERS SIGN | 3912 N. Cicero Ave. | Chicago | IL | Donna Schierer Calderon and Lorenzo Calderon c/o Schierer & Popp Jewelers, Inc. |
| 701-20 | NORTH RIVERSIDE | 1770 South Harlem Avenue | N. Riverside | IL | Exoho Harlem Associates, LLC |
| 714-15 | FAIRVIEW HEIGHTS III | 49 Ludwig Drive | Fairview Heights | IL | Fairview Heights Investors, LLC |
| 712-18 | NORTHSHORE | Prairie View Shopping Ctr. | Morton Grove | IL | Federal Construction, Inc. |
| 712-16 | COUNTRYSIDE | 5917 So. La Grange Road | Countryside | IL | G & W Partners |
| 712-14 | DEERFIELD | 260 Waukegan Road | Deerfield | IL | Gateway Fairview, Inc. c/o RREEF Management Company |
| 712-17 | GLENDALE HEIGHTS | 265 E. Army Trail Road | Glendale Heights | IL | Hilco Bally Glendale Heights, LLC |
| 701-26 | TINLEY PARK | 16040 South Harlem Avenue | Tinley Park | IL | Inland Commercial Property Management, Inc. as agent for Inland Real Estate Corp |
| 701-18 | CHATHAM RIDGE | 112 W. 87th Street; Suite N. | Chicago | IL | Inland Real Estate - Illinois, L.L.C. |
| 701-16 | SIX CORNERS | 3970 N. Milwaukee | Chicago | IL | Inland Real Estate Corporation |
| 241-02 | RIVER EAST | 355 E. Grand Avenue | Chicago | IL | Intercontinental River East, LLC |
| 701-16PK | SIX CORNERS (PARKING) | 3926 N. Milwaukee Avenue | Chicago | IL | La Salle Bank N.A |
| 712-10 | MOUNT PROSPECT | 225 West Rand Road | Mount Prospect | IL | La Salle National Bank as Trustee under Trust Agreement dated February 1, 1961 |
| 712-12 | SCHAUMBURG | 1020 Meacham Road | Schaumburg | IL | LaSalle Bank National Association, Successor Trustee under Trust No. 47248 |
| 712-05 | VERNON HILLS | 30 Phillips Road | Vernon Hills | IL | LaSalle National Bank, Trustee u/t/a dated 4/27/78 and known as Trust No. 54254 |
| 701-09 | OAK LAWN | 6700 West 95th Street | Oak Lawn | IL | Little Company of Mary Hospital and Health Care Centers |
| 701-21 | MELROSE PARK II | 1000 West North Avenue | Melrose Park | IL | McCormick City-G, LLC |
| 701-09PK | OAK LAWN (PARKING) | 9400 South Oak Park Avenue | Oak Lawn | IL | Oak Lawn Park District |
| 511-19852 | CHICAGO CORPORATE OFFICE | 8700 West Bryn Mawr Ave. | Chicago | IL | PR II Presidents Plaza JV, LLC |
| 511-19852EX | CHICAGO CORP. OFFICE (EXP) | 8700 W. Bryn Mawr Avenue | Chicago | IL | PR II Presidents Plaza JV, LLC |
| 715-01 | RIVER CITY | 800 South Wells Street | Chicago | IL | River City Leasehold, L.L.C. |
| 701-10 | RIVER OAKS | 1500 Torrence Avenue | Calumet City | IL | Sanhill Company, Inc. |
| 712-20 | SCHAUMBURG WEST | 2411-A Schaumburg Road | Schaumburg | IL | Scharrington Belmont, LLC |

| Code | Name | Address | City | State | Landlord |
|---|---|---|---|---|---|
| 701-29 | LAKEFRONT | 1603 N. Lakeshore Drive | Chicago | IL | The Chicago Park District |
| 712-11 | MATTESON | 4701 Lincoln Mall Drive | Matteson | IL | The Cirignano Family Limited Partnership |
| 701-30 | VILLA PARK | 102 W. Roosevelt Rd. | Villa Park | IL | Villa Oaks, LLC |
| 701-25 | WEBSTER PLACE | 1455 West Webster Avenue | Chicago | IL | Webster Place SEC, L.L.C. |
| 701-17 | WESTPORT COMMONS | 3348 W. 87th St. | Chicago | IL | Westport Associates Limited Partnership |
| 819-29 | GREENWOOD | 517 U.S. 31 North | Greenwood | IN | BTF Greenwood Corporation |
| 819-24 | INDIANAPOLIS ("Keystone") | 8831 Keystone Crossing | Indianapolis | IN | Duke Investment Co. II |
| 745-01 | INDIAN CREEK | 6700 West 110th Street | Overland | KS | Columbia Equities L.P. |
| 745-04 | OLATHE | 15274 W. 119th St. | Olathe | KS | Northridge Investors, L.L.C. |
| 002-73 | BRIGHTON LANDING | 25 Guest Street | Brighton, | MA | BV Development - Brighton Landing |
| 002-74 | SALEM | 29 Traders Way | Salem, | MA | Highlander Plaza Limited Partnership |
| 002-69PK | WOBURN (PARKING) | 27 Normac Road | Woburn | MA | Hunneman Commercial Management |
| 002-25 | WORCESTER | Lincoln Square Plaza | Worcester | MA | Inland Western Worcester Lincoln Plaza, L.L.C. |
| 002-71 | DOWNTOWN CROSSING | 17 Winter Street | Boston, | MA | Janelon Associates |
| 002-55 | CAMBRIDGE | 1815 Massachusetts Avenue | Cambridge | MA | Lesley University |
| 002-77 | TOWN LINE | 285 Middlesex Avenue | Medford | MA | Maldex Limited Partnership |
| 002-52 | NORTHSHORE | Routes 128 & 114 | Peabody | MA | Mall at Northshore LLC |
| 002-69 | WOBURN | 27 Normac Road | Woburn, | MA | Normac Road Realty Trust |
| 002-56 | LOWELL | 203 Plain Street | Lowell | MA | Philip C. Haughey, Trustee of |
| 002-72 | DARTMOUTH | 200 State Road | North Dartmouth | MA | PR North Dartmouth LLC |
| 002-59 | REVERE | 561 Squire Road | Revere | MA | Wesley LLC |
| 002-37 | PRINCE GEORGES | 3500 East West Highway | Hyattsville | MD | (Add'l) Mall at Prince George's Management Offices |
| 002-50 | ROCKVILLE | 11820 Rockville Pike | Rockville | MD | Federal Realty Investment Trust |
| 002-23 | GOVERNOR PLAZA ("Glen Burnie") | 6629 Ritchie Highway, #201 | Glen Burnie | MD | Governor Plaza Associates |
| 002-46 | GREENBELT | 7415 Greenbelt Road | Greenbelt | MD | Greenway Plaza LLC |
| 511-19586 | TOWSON OFFICE | Hampton Plaza | Towson | MD | Hampton Plaza Limited Liability Limited Partnership |
| 002-63 | GAITHERSBURG | Market Square Shopping Center | Gaithersburg | MD | Kentlands II, L.L.C. |
| 002-17 | HAMPTON MALL | 9171 Central Avenue | Capitol Heights | MD | Kingdom Management, LLC |
| 002-03 | NORTHPOINT | Northpoint Plaza Shop Ctr | Baltimore | MD | Northpoint Shopping Center Limited Partnership |
| 002-08 | ROUTE 40 | 6516 Baltimore National Pike | Baltimore | MD | Pike Park Associates LLLP |
| 002-37 | PRINCE GEORGES | 3500 East West Highway | Hyattsville | MD | Preit Services, LLC |
| 002-79 | BELCREST | 2970 Belcrest Cetner Drive, Suite 201 | Hyattsville | MD | Prince Georges Station Retail, LLC |
| 002-02 | WHITE MARSH | 8221 Town Center Drive | Nottingham | MD | Realty Income Corporation |
| 002-90WH2 | WAREHOUSE (HANOVER) | 7521 Connelley Dr., Ste E | Hanover | MD | St. John Properties, Inc. |
| 002-65 | TOWSON II | 1 East Joppa Road | Towson | MD | Towson Circle Joint Venture LLP and Towson Circle LLC |
| 002-78 | WHEATON II | Westfield Shoppingtown Wheaton | Wheaton | MD | Wheaton Plaza Regional Shopping Center, LLP |
| 002-75 | PORTLAND | 275 Marginal Way | Portland, | ME | Cardente Properties |
| 702-08 | BLOOMFIELD HILLS | 6420 Telegraph Road | Bloomfield Hills | MI | Bloomfield Hills Associates |
| 702-22 | REDFORD PLAZA | 9359 Telegraph Road, #22 | Redford | MI | Centro Bradley SPC 3 LLC |
| 702-23 | COLUMBIA CENTER | 203 W. Big Beaver Road | Troy | MI | Columbia Center Limited Partnership |
| 702-25 | BEL AIR | 9800 E. Eight Mile Road | Detroit | MI | DDRC Michigan LLC |
| 702-26 | DEARBORN II | Fairlane Town Center | Dearborn | MI | Fairlane Town Center |
| 702-09PK | VAN DYKE (PARKING) | 30100 Van Dyke | Warren | MI | Karam Company |
| 716-03 | WATERFORD | 1490 No. Oakland Blvd. | Waterford | MI | Leo P. Sklar and Libby Sklar |
| 702-21 | NOVI | Novi Town Center | Novi | MI | Novi Town Center Investors LLC |
| 702-16 | STERLING HEIGHTS | Clinton Valley Mall | Sterling Heights | MI | Ramco-Gershenson Properties, L.P. |
| 702-15 | WOODHAVEN | 23303 Allen Road | Woodhaven | MI | Second Woodhaven Associates |

| Code | Location | Address | City | State | Landlord |
|---|---|---|---|---|---|
| 702-12 | ST. CLAIR SHORES | 20701 E. Eight Mile Road | St. Clair Shores | MI | St. Clair Shores Health Club Associates |
| 702-08PK | BLOOMFIELD HILLS (PKG) | 4104 W. Maple | Bloomfield Hills | MI | The Goldsmith, Ltd. |
| 716-03 | WATERFORD | 1490 No. Oakland Blvd. | Waterford | MI | The Morris Rochlin Trust UAD 3/3/94 |
| 838-44PK3 | FRIDLEY (PARKING 3) | Paco Building | Fridley | MN | Alexander A. Levitan |
| 838-48 | SUN RAY | Sun Ray Shopping Center | St. Paul | MN | Bradley Operating Limited Partnership |
| 838-46 | RICHFIELD | 100 West 66th Street | Richfield | MN | Centro Bradley SPE 1 LLC |
| 838-47 | ST. PAUL | 1166 University Avenue | St. Paul | MN | Inland Ryan, L.L.C. |
| 838-45PK | LITTLE CANADA (PARKING) | 71 Minnesota Avenue | Little Canada | MN | Schroeder Development Co. |
| 838-44PK2 | FRIDLEY (PARKING 2) | Paco Industrial Park | Fridley | MN | Slawik Properties, a division of HAR-MAR, Inc. |
| 838-45 | LITTLE CANADA | 71 Minnesota Avenue | Little Canada | MN | Supervalu Inc. |
| 838-44PK | FRIDLEY (PARKING 1) | Commerce Circle | Fridley | MN | Trustee Group Realty Partners IV |
| 714-09 | CRESTWOOD | 9744 Watson Road | Crestwood | MO | Joseph J. Barbieri Trust dated 2/11/93 |
| 714-09 | CRESTWOOD | 9744 Watson Road | Crestwood | MO | Judy E. Schrampf |
| 714-09 | CRESTWOOD | 9744 Watson Road | Crestwood | MO | Orazio J. Gianino Trust dated 9/1/86 |
| 714-01 | CLAYTON | 7393 Forsyth | Clayton | MO | SRC #01 Partners |
| 850-68 | CHARLOTTE | 5404 Central Avenue | Charlotte | NC | K & K Real Estate, Inc. |
| 850-68PK | CHARLOTTE (PARKING) | 5416-5422 Central Avenue | Charlotte | NC | K & K Real Estate, Inc. |
| 850-70 | SOUTH BOULEVARD | 5601 South Blvd. | Charlotte | NC | Kimco Development of Tyvola, Inc. |
| 850-69 | PINEVILLE | 8700 Pineville Matthews Rd., Suite 400 | Charlotte | NC | Tisano Realty, Inc. |
| 008-48PK | SPRINGFIELD (PARKING) | 111 Route 22 | Springfield | NJ | Babble, Inc. |
| 008-85 | JERSEY CITY | 912-920 Bergen Avenue | Jersey City | NJ | Empress Enterprises 920, Inc. |
| 008-80 | UNION CITY | 3149 Kennedy Boulevard | North Bergen | NJ | FC Treeco/Columbia Park LLC |
| 008-65PK | EAST BRUNSWICK (PARKING) | 244 Route 18 | East Brunswick | NJ | Franklin Inn East Brunswick |
| 008-48 | SPRINGFIELD | 99 U.S. Highway 22 | Springfield | NJ | H.E.C. Holding Company |
| 008-32 | ENGLEWOOD CLIFFS | 150 Sylvan Avenue | Englewood Cliffs | NJ | JEM CO. |
| 022-02 | ECHELON | 1160 White Horse Road | Voorhees | NJ | KBH White Horse LLC & 1160 White Horse LLC |
| 008-63 | BRICK | 193 Chambers Bridge Road | Brick | NJ | Ocean Ice Palace |
| 002-62 | MAPLE SHADE | 2834 Route 73 North | Maple Shade | NJ | PL Maple Shade, LLC |
| 008-65 | EAST BRUNSWICK | 8 Edgeboro Road | East Brunswick | NJ | Realty Income Corporation |
| 008-32PK | ENGLEWOOD CLIFFS (PARKING) | 150 Sylvan Avenue | Englewood Cliffs | NJ | Rothman & Grossman |
| 008-82 | SADDLE BROOK | 189 Route 46 West | Saddle Brook | NJ | Tri State Commercial Realty, LLC |
| 008-77 | CLARK | 140 Central Avenue | Clark | NJ | Villa Contracting Co., Inc. |
| 033-02 | BILTMORE | Bank of America Plaza | New York | NY | 335 Madison Avenue |
| 033-03 | PENTA | 139 West 32nd Street | New York | NY | 401 Commercial, L.P. |
| 008-26 | MADISON AVENUE | 45 East 55th Street | New York | NY | 551 Madison Avenue Office, LLC |
| 008-73 | SIXTH AVENUE | 641 Avenue of the Americas | New York | NY | 641 LLC |
| 008-23 | KEW GARDENS | 80-02 Kew Gardens Road | Queens | NY | 80-02 Leasehold Company, L.P. |
| 008-47 | SHEEPSHEAD BAY | 1720-28 Sheepshead Bay Rd. | Brooklyn | NY | A & J Properties LLC |
| 863-41 | GREECE | 3160 W. Ridge Road | Rochester | NY | ABC, LLC |
| 008-69 | LEVITTOWN | 2935 Hempstead Turnpike | Levittown | NY | Aldrich Management Co. |
| 008-70 | BAY PLAZA | 2116 Bartow Avenue | Bronx | NY | Bay Plaza Community Center, L.L.C. |
| 008-30 | KINGS HIGHWAY | 2032 Coney Island Avenue | Brooklyn | NY | BMS Realty Company |
| 008-76 | NEW ROCHELLE | 33 LeCount Place | New Rochelle | NY | Capelli Enterprises, Inc. |
| 008-38 | WESTBURY | 373 Old Country Road | Carle Place | NY | Country Plaza Associates |
| 008-38EX | WESTBURY (EXPANSION) | 373 Old Country Road | Carle Place | NY | Country Plaza Associates |
| 631-99OF2 | CRUNCH CORP OFFICE - 19TH FLOOR | 11 - 13 East 26th Street | New York | NY | East Twenty Sixth Joint Venture |
| 008-79 | TILDEN | 2163 Tilden Avenue | Brooklyn | NY | Flatbush Delaware Holding LLC |

| | | | | | |
|---|---|---|---|---|---|
| 863-40 | HENRIETTA | 1225 Jefferson Road | Rochester | NY | Flaum Commons, L.P. |
| 008-83 | FORDHAM ROAD | 2503 Grand Concourse | Bronx | NY | Fordham Associates LLC |
| 008-49NL | ELMHURST | 75-28 Queens Boulevard | Elmhurst | NY | High Definition Realty, LLC |
| 008-61 | RIVERDALE | 298 West 231st Street | Bronx | NY | Jacques Strauss and Evelyn Wells, Trustees U/W/O Fred Strauss |
| 008-15 | COPIAGUE | 1147 Sunrise Highway | Copiague | NY | Kir Copiague, L.P. |
| 008-25 | LITTLE NECK | 245-24 Horace Harding Blvd | Little Neck | NY | Little Neck Commons L.L.C. |
| 008-14 | BAYSHORE II | 1175 Sunrise Highway | Bayshore | NY | Martin Zelman |
| 008-39PK2 | ROCKVILLE CENTRE (ADD PRK) | Sunrise Hwy. & Montauk Hwy | Rockville Centre | NY | New York State Department of Transportation |
| 008-22 | LAKE GROVE | 22 Middle Country Road | Lake Grove | NY | NP/I & G Lake Grove, LLC |
| 863-32 | AMHERST | 3880 East Robinson Road | Amherst | NY | Rainbow Racquet Club |
| 008-43 | YONKERS | 589 Tuckahoe Road | Yonkers | NY | Realty Income Corporation |
| 008-84 | 106TH STREET | 1915 Third Avenue | New York | NY | Ross & Ross, LLC |
| 008-37 | BENSONHURST | 1921 86th Street | Brooklyn | NY | Selv Enterprises LLC |
| 008-46 | PORT CHESTER | 260 Boston Post Road | Port Chester | NY | Simone Development Company, L.L.C. |
| 008-39 | ROCKVILLE CENTRE | 60 Merrick Road | Rockville Centre | NY | Sunoce Properties, Inc. |
| 008-81 | JAMAICA CENTER | 159-26 Jamaica Avenue | Jamaica | NY | The Mattone Group Jamaica Co., LLC |
| 863-32PK | AMHERST (PARKING) | 3880 East Robinson Road | Amherst | NY | Tonawanda Housing, Inc. |
| 033-03EX | PENTA (Expansion) | A&S Plaza Mall | New York | NY | VNO 100 West 33rd Street LLC |
| 008-71 | STATEN ISLAND | 2040 Forest Avenue | Staten Island | NY | Vornado Forest Plaza, L.L.C. |
| 008-56 | WOODBRIDGE | 541 Main Street | Woodbridge | NY | Wolff & Samson Attorney Trust Account |
| 033-04 | WORLDWIDE PLAZA | 350 West 50th Street | New York | NY | WWP Amenities MPH Partner, LLC |
| 707-04 | CENTERVILLE | Yankee Station Shop Center | Centerville | OH | Dayton Portfolio, LP |
| 705-99ST | STORAGE (TOLEDO) | 4835 South Avenue; Unit 427 | Toledo | OH | Do-It-Yourself Storage, Inc. |
| 705-99ST2 | STORAGE (TOLEDO) #2 | 4835 South Avenue; Unit 426 | Toledo | OH | Do-It-Yourself Storage, Inc. |
| 705-06 | AIRPORT HIGHWAY | 5424 Airport Highway | Toledo | OH | Health & Fitness Company |
| 819-90WH2 | WAREHOUSE (TALLMADGE 2) | 391 Geneva Avenue | Tallmadge | OH | J.D. Williamson Construction Co., Inc. |
| 819-14 | STRONGSVILLE | 14783 Pearl Road | Strongsville | OH | K&F Partnership |
| 819-22 | BROADVIEW | 7955 Broadview Road | Broadview Heights | OH | Khouri Group # 2 LLC |
| 819-01 | CANTON II | 4733 Hills and Dales Rd NW | Canton | OH | LXP Canton, Inc. |
| 705-05 | SYLVANIA | 5215 Monroe Street | Toledo | OH | Monroe Street Special, Inc. |
| 819-52 | BLUE ASH | 4780 Cornell Road | Blue Ash | OH | Pancake Properties Partnership P.L.L. |
| 819-23 | WESTLAKE | 1255 Columbia Road | Westlake | OH | Perfect Balance |
| 707-03 | ENGLEWOOD | 8423 North Main Street | Dayton | OH | Randolph Investment, LLC |
| 819-20 | BEACHWOOD | 3600 Park East Drive | Beachwood | OH | Realty Income Corporation |
| 819-54 | SEVERANCE | Severance Town Center | Cleveland Heights | OH | Severance SPE LeaseCo, L.L.C. |
| 819-09 | COLUMBUS NORTH II | 2439 Fuji Drive | Columbus | OH | Textron Financial Corporation |
| 615-11 | ALOHA | 17800 SW Kinnaman Road | Aloha | OR | Bales Unico, Inc. |
| 615-09 | MILWAUKIE | 4330 SE International Way | Milwaukie | OR | Cheyenne Properties |
| 615-14 | FAIRVIEW | 1415 N.E. 223rd Avenue | Fairview | OR | Dave and Pam Ellis |
| 615-14 | FAIRVIEW | 1415 N.E. 223rd Avenue | Fairview | OR | Dejac Investments, Inc. |
| 615-14 | FAIRVIEW | 1415 N.E. 223rd Avenue | Fairview | OR | Farouk Al-Hadi |
| 615-10PK | SPORTS CENTER (PARKING) | 9000 S.W. Beaverton Hillsdale Highway | Portland | OR | Jesuit High School |
| 615-01 | BEAVERTON | 9650 SW Nimbus Avenue | Beaverton | OR | Nimbus Center, LLC |
| 615-06 | LAKE OSWEGO | 15353 SW Sequoia Parkway | Portland | OR | Pacific Realty Associates, L.P. |
| 615-12 | CEDAR MILL | 10860 SW Barnes Road | Portland | OR | Peterkort Towne Square, LLC |
| 615-02 | EAST PORTLAND | 10414 S.E. Washington Street | Portland | OR | Plaza 205 Shopping Center 04 A, LLC |
| 615-10 | SPORTS CENTER | 8785 SW Beaverton Hillsdale Hwy | Raleigh Hills | OR | Ronald G. More and Claudia L. More |

| | | | | | |
|---|---|---|---|---|---|
| 615-08 | HILLSBORO | 2200 N.W. Amberbrook Drive | Beaverton | OR | Toyama Maui Plantation, Inc. |
| 615-13 | WILSONVILLE | 30050 SW Town Center Loop West | Wilsonville | OR | Village-Phase I, LLC |
| 615-07 | YAMHILL | 110 S.W. Yamhill Street | Portland | OR | Yamhill Enterprises, Inc. |
| 819-53 | THREE RIVERS | 119 Sixth Street | Pittsburgh | PA | 119 Sixth Street Limited Liability Company |
| 002-61 | WALNUT-DREXEL | Drexel Building | Philadelphia | PA | ADR Drexel, L.P. |
| 819-51 | NORTH HILLS | 551 Blazier Drive | Wexford | PA | BL McCandless, LP |
| 022-10 | CHELTENHAM | 1000 Easton Road | Wyncote | PA | Cedarbrook Plaza, Inc. |
| 022-08 | SOUTH PHILLY | 2419 South 24th Street | Philadelphia | PA | Cedar-South Philadelphia I, LLC |
| 022-88 | NORTHEAST | 9185 Roosevelt Boulevard | Philadelphia | PA | Federal Realty Investment Trust |
| 002-90WH4 | WAREHOUSE (WILLOW GROVE 1) | 2328 Wyandotte Road | Willow Grove | PA | Foley & McCrudden, G.P. |
| 002-09 | FRANKLIN MILLS | 851 Franklin Mills Circle | Philadelphia | PA | Franklin Mills LP |
| 819-30 | SOUTH HILLS | 3000 Oxford Drive | Bethel Park | PA | Hal A. Kestler and Gerard J. Cipriani, Partners |
| 002-67 | ARAMINGO | 3400 Aramingo Avenue | Philadelphia | PA | Imperial\Aramingo Limited Partnership |
| 022-07 | KING OF PRUSSIA | 256 Mall Boulevard | King of Prussia | PA | KPHI Associates |
| 022-09 | MACDADE | 1324 MacDade Boulevard | Woodlyn | PA | Mac Boulevard Associates, L.P. |
| 022-07PK | KING OF PRUSSIA (PARKING) | 234 Mall Boulevard | King of Prussia | PA | Offmak Associates |
| 002-09 | FRANKLIN MILLS | 851 Franklin Mills Circle | Philadelphia | PA | Realty Income Pennsylvania Properties Trust |
| 868-17 | EAST PROVIDENCE | 50 Narragansett Park Drive | East Providence | RI | Amalgamated Financial Group IV |
| 868-18 | NORTH PROVIDENCE | 1920 Mineral Spring Avenue | North Providence | RI | Joseph Iaciofano |
| 625-30 | ALAMO | Quarry Market | San Antonio | TX | Alamo Vista Holdings, L.L.C. & Alamo Stonecrest Holdings, L.L.C. |
| 625-11EX2 | ARLINGTON (EXPANSION 2) | 2306 South Collins | Arlington | TX | Arlington Stoneridge Assocaites, Ltd. |
| 625-11 | ARLINGTON | 2306 South Collins | Arlington | TX | Arlington Stoneridge Associates, Ltd. |
| 625-11EX | ARLINGTON (EXPANSION) | 2306 South Collins | Arlington | TX | Arlington Stoneridge Associates, Ltd. |
| 624-23 | WOODWINDS ("Woodlands") | 129 Sawdust Road | Spring | TX | Caltim, Ltd. |
| 624-08 | TOWERS/POST OAK II | 1980A South Post Oak Road | Houston | TX | Crescent Real Estate Funding X, L.P. |
| 625-33 | THOUSAND OAKS | 16628 San Pedro Avenue | San Antonio | TX | CW Park Oaks, LLC & FW Park Oaks, LLC |
| 625-10 | RED BIRD | 7471 Marvin D. Love Fwy. | Dallas | TX | Dallas Fitness Center Development |
| 624-19 | CLEARLAKE | 20761 Gulf Freeway | Webster | TX | DZM, Inc. |
| 624-18 | NORTHWEST CROSSING | 13350 Northwest Freeway (Highway 290) | Houston | TX | EQYInvest Owner I, Ltd., LLP |
| 625-24 | SAN ANTONIO | 5819 NW Loop 410, #150 | San Antonio | TX | F.F. Exchange, LLC |
| 625-14 | MEADOW CREEK | 1121 Northwest Highway | Garland | TX | Folsom Investments, Inc. |
| 625-19 | TURTLE CREEK II | One McKinney Plaza | Dallas | TX | Gaedeke Holdings, Ltd. |
| 624-22 | NORTH SHEPHERD II ("Garden Oaks") | 3936 North Shepherd Drive | Houston | TX | Houston R.E. Income Properties XIV, L.P. |
| 624-28 | BARKER CYPRESS | 17750 Katy Freeway, Suite 100 | Houston | TX | I-10 Barker Cypress, Ltd. |
| 625-09 | SKILLMAN | 6508 Skillman, Suite 10 | Dallas | TX | Jack Arian |
| 624-14 | HUMBLE | Township Center Phase II | Humble | TX | Jim R. Smith |
| 624-25 | SUGARLAND | The Market Place at Sugar Land | Sugarland | TX | Kho's Family I, L.P. |
| 625-31 | LEWISVILLE | 500 East F.M. 3040 | Lewisville | TX | Kimco Lewisville, LP. |
| 625-29 | RICHARDSON II | 110 W. Campbell Road | Richardson | TX | KIR Richardson 572, Inc |
| 625-35 | TOWN EAST | 1265 Town East Boulevard | Mesquite | TX | Logan Mesquite Associates, L.P. |
| 625-18 | BACHMAN LAKE | 9655 Webb Chapel Road | Dallas | TX | Marketplace At Webb Chapel, Ltd. |
| 625-13 | MAYFAIR | 650 Grapevine Highway | Hurst | TX | Mayfair Station LLC |
| 624-27 | MEMORIAL II | 9801 Katy Freeway | Houston | TX | Metro National Corporation |
| 625-15 | WHITE LAKE | 1201 Oakland Boulevard | Ft. Worth | TX | Miranda Partners, L.P. |
| 624-20 | WEST UNIVERSITY | 2500 Dunstan | Houston | TX | NLAF Dunstan, L.P. |
| 625-23 | RIDGEMAR MALL | 6833-A Green Oaks Road | Ft. Worth | TX | Oakwind, Ltd. |
| 625-28 | PRESIDENT'S SQUARE ("Marbach") | 8725 Marbach Road | San Antonio | TX | President's Square Retail Associates, Ltd. |

| | | | | | |
|---|---|---|---|---|---|
| 625-34 | NORTH DALLAS | 14902 Preston Road; Suite 110 | Dallas | TX | Prestonwood Market Square, Ltd. |
| 624-90WH2 | WAREHOUSE (AFTON RD #2) | 2098 Afton Road | Houston | TX | ProLogis Trust |
| 625-90WH2 | WAREHOUSE (REGENCY) | 2104 Regency Drive | Irving | TX | R & M Lynn Investment, Ltd. |
| 624-05 | PASADENA | 1418 Spencer Highway | Houston | TX | Spencer Retail, LLC |
| 624-04 | SHARPSTOWN | 7255 Clarewood Drive | Houston | TX | T.J. Brothers Associates |
| 625-20 | PLANO ("Town Square") | 910 W. Parker Road, #250 | Plano | TX | Towne Square Shopping Center, L.P. |
| 624-10 | GREENSPOINT | Northborough Shopping Center | Houston | TX | Tricoastal Properties, Inc. |
| 625-36 | CARROLLTON | Carrollton Town Center | Carrollton | TX | Trinty Denton II, Ltd. |
| 624-11 | VILLAGE PLACE ("Fondren") | 7737 West Bellfort Road | Houston | TX | Village Place, Ltd. |
| 624-07 | CHAMPIONS | Champions Village III | Houston | TX | Weingarten Realty Investors |
| 624-23SN | WOODWINDS (SIGN) | Woodwinds Shopping Center | Woodwinds | TX | Woodwinds Merchants Association |
| 678-01 | SALT LAKE CITY | 7020 South Union Park Ctr. | Midvale | UT | James Campbell Company LLC |
| 678-02 | SUGARHOUSE | 2505 Parley's Way | Salt Lake City | UT | Parley's Investments, L.C. |
| 848-65 | PATRICK HENRY | 12255 Hornsby Lane | Newport News | VA | Bond-Bally I Delaware Business Trust |
| 848-90WH3 | WAREHOUSE (PORTSMOUTH) | 4011A-7 Seaboard Court | Portsmouth | VA | Greenwood Properties I, Ltd. |
| 002-64 | PRINCE WILLIAM CROSSING | 13989 Noblewood Plaza | Woodbridge | VA | GSR Investments L.L.C. |
| 002-53 | LANDMARK ("Duke Street") | 6200 Little River Turnpike | Alexandria | VA | Landmark HHH, LLC |
| 002-20 | FALLS CHURCH ("Loehmann's") | Loehmann's Plaza Shop Ctr. | Falls Church | VA | Loehmann's Plaza Ltd Partnership |
| 002-66 | PENTAGON SQUARE | 1201 S. Joyce St., Suite C6 | Arlington | VA | Street Retail, Inc. |
| 848-55 | VIRGINIA BEACH | 3960 Virginia Beach Blvd. | Virginia Beach | VA | Thalia Wayside Investment Properties, Ltd. L.L.P. |
| 609-03 | AUBURN | 1314 Auburn Way North | Auburn | WA | AEB, LLC |
| 616-01 | FISHER'S LANDING | 16096 S.E. 15th Street | Vancouver | WA | Barclay Village, LLC or Don Weidenweber |
| 683-03 | PUYALLUP | 3600 9th Street SW | Puyallup | WA | Cafaro Northwest Partnership |
| 683-11 | EVERETT | 7621 Evergreen Way | Everett | WA | Columbia Cascade Plaza LLC |
| 609-02 | PUYALLUP II | 716 South Hill Park Drive | Puyallup | WA | East-West Investment Company, Inc. |
| 616-01SN | FISHER'S LANDING (SIGN) | 16096 S.E. 15th Street | Vancouver | WA | Garrett Sign Company, Inc. |
| 683-08CL2 | TACOMA (EASEMENT AGMT) | James Center | Tacoma | WA | James Center North Limited Partnership |
| 683-05 | BRIDLE TRAILS | 6601 132nd Avenue NE | Kirkland | WA | Joshua Green Corporation |
| 609-04 | RENTON | 17110 116th Avenue SE | Renton | WA | MBA Cascade Plaza LLC |
| 683-09PK | BELLEVUE (ADD. PARKING) | 3215 148th Avenue SE | Bellevue | WA | Milton and Sue M. Walter |
| 609-04SN | RENTON (SIGN) | 116th Avenue and 170th Street West Side | Renton | WA | Mons Pico LLC |
| 683-08SN | TACOMA (SIGN) | 1680 South Mildred | Tacoma | WA | Mr. Donald G. Huber |
| 609-01 | FEDERAL WAY II | 31701 20th Avenue South | Federal Way | WA | Mr. Travis Hollman |
| 683-10 | NORTH SEATTLE | 13201 Aurora Avenue North | Seattle | WA | Thrifty Payless, Inc. |
| 710-10 | BROOKFIELD | 16985 West Bluemound Road | Brookfield | WI | Bluemound Office Company |
| 710-10PK | BROOKFIELD (PARKING) | 16985 West Bluemound Road | Brookfield | WI | Bluemound Office Company |
| 710-10OF3 | BROOKFIELD (2ND FLOOR) | 16985 West Bluemound Road | Brookfield | WI | Corporate Development Corp. |
| 710-16 | DOWNTOWN | 1237 No. Van Buren Street | Milwaukee | WI | Jerome M. Cohen |
| 710-17 | WEST ALLIS | 901 South 60th Street | West Allis | WI | LST Milwaukee Limited Partnerhsip |
| 710-18 | CUDAHY | 2525 East Layton Avenue | Cudahy | WI | S & T Layton Avenue Partnership |
| 710-02 | SOUTHRIDGE | 5474 South 76th Street | Greendale | WI | Southridge Company |
| 710-16PK | DOWNTOWN (PARKING) | Juneau Postal Station | Milwaukee | WI | United States Postal Service |